# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**GREAT WESTERN ARCJ, LLC,**

    **Plaintiff,**

v.

**MEHRAN KOHANFIEH,**

    **Defendant.**

Case No. 2:18 CV 00754
JUDGE GEORGE C. SMITH
Magistrate Judge Devers

## FINAL JUDMGMENT ENTRY GRANTING PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT AS TO DEFENDANT MEHRAN KOHANFIEH

Before the Court is the Plaintiff's Motion for Default Judgment, which was filed on September 5, 2018 (Doc. 11). The Court finds the following: that the Clerk of this Court entered default against Defendant Mehran Kohanfieh on September 5, 2018, and that said Defendant is in default of answer in this case.

Accordingly, it is ORDERED, ADJUDGED and DECREED that the Plaintiff's Motion for Default Judgment is hereby GRANTED. Judgment is hereby entered in favor of the Plaintiff, and against Defendant Mehran Kohanfied, in the amount of $266,437.50, plus interest accruing at the legal rate from August 23, 2017. This amount reflects the non-refundable Earnest Money Deposit that Defendant was required to pay per the Purchase Agreement entered into on August 23, 2017. Plaintiff is also awarded the filing fee of $400.00.

This is a final, appealable order. There is no just reason for delay. Final judgment shall be entered by the Clerk of this Court.

    **IT IS SO ORDERED.**

Dated: 11/7/2018

                                                                UNITED STATES DISTRICT JUDGE

APPROVED:

COOK, SLADOJE & WITTENBERG CO., L.P.A.

    /Eric J. Wittenberg/
Eric J. Wittenberg (0038709)
250 East Broad Street
Suite 1725
Columbus, OH 43215
(614) 230-0670
Fax: (614) 221-5777
eric@cswcolpa.com
Trial Attorney for Plaintiff